UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

DAJAN PROROKOVIC and DINA : 
PROROKOVIC, :

          Plaintiffs, :

    v. :

UNITED INSURANCE HOLDINGS CORP. :
and UNITED PROPERTY & CASUALTY :
INSURANCE COMPANY, :
          Defendants. :

------------------------------------------------------------x

DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/12/21

**ORDER**

21 CV 1998 (VB)

     On March 8, 2021, plaintiffs Dajan Prorokovic and Dina Prorokovic commenced the instant action against defendants United Insurance Holdings Corp., and United Property & Casualty Insurance Company.  (Doc. #1).

     On March 26, 2021, plaintiffs docketed proof of service indicating service on defendants on March 11, 2021.  (Doc. #6).  Accordingly, defendants had until April 1, 2021, to respond to the complaint.  (Id.).

     To date, defendants have not answered, moved, or otherwise responded to the complaint.

     Accordingly, provided that defendants remain in default, plaintiffs are ORDERED to seek a certificate of default as to defendants by April 26, 2021, and thereafter to move, by order to show cause and in accordance with the Court's Individual Practices, for default judgment against defendants by May 10, 2021.  **If plaintiffs fail to satisfy either deadline, the Court may dismiss the case as to defendants without prejudice for failure to prosecute or failure to comply with court orders.  Fed. R. Civ. P. 41(b).**

Dated: April 12, 2021
     White Plains, NY

               SO ORDERED:

               Vincent L. Briccetti
               United States District Judge