| | |
|---|---|
| **From:** | Chrysanthem, Nicholas P. |
| **To:** | Sabin, Jonathan |
| **Cc:** | Kahn, Reid; Michael T. Hensley |
| **Subject:** | RE: Prorokovic v. UPC |
| **Date:** | Wednesday, February 9, 2022 3:25:54 PM |
| **Attachments:** | image001.png |

Jonathan:

As you correctly pointed out, this decision pertains to UPC. I suggest that you reach out to Mr. Hensley to arrange for compliance with the decision. It does not bind or affect my firm or Mr. Power. We have submitted our objections. I will try to reach out to you later today.



**Nicholas P. Chrysanthem**
*Attorney at Law*
Wall Street Plaza, 88 Pine St. 21st Floor, New York, NY 10005
Direct: (212) 376-6454 | Main: (212) 376-6400 | Fax: (212) 376-6490
bio | e-mail | website

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to NPChrysanthem@MDWCG.com, or by telephone at (212) 376-6454 and then delete the message and its attachments from your computer.

**From:** Sabin, Jonathan <JSabin@kanekessler.com>
**Sent:** Wednesday, February 9, 2022 8:06 AM
**To:** Chrysanthem, Nicholas P. <NPChrysanthem@MDWCG.com>
**Cc:** Kahn, Reid <RKahn@kanekessler.com>; Michael T. Hensley <MHensley@bressler.com>
**Subject:** RE: Prorokovic v. UPC

**WARNING: This email originated outside MDWCG**

Nicholas,

Please let me know when you are available today or tomorrow to discuss.

Regards,

Jonathan M. Sabin | Attorney at Law
KANE KESSLER, P.C.
600 Third Avenue | 35th FL | New York, NY 10016-1901
Direct: 212-519-5113 | Main: 212-541-6222 | Fax: 212-245-3009 | Cell: 917-612-5789
jsabin@kanekessler.com | www.kanekessler.com

**KANE | KESSLER**

This e-mail and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you receive this e-mail in error please immediately notify me at (212) 541-6222 and permanently delete the original copy, any copy of this e-mail, and any printout thereof.

**From:** Sabin, Jonathan <JSabin@kanekessler.com>
**Sent:** Monday, February 7, 2022 8:27 AM
**To:** Chrysanthem, Nicholas P. <NPChrysanthem@MDWCG.com>
**Cc:** Kahn, Reid <RKahn@kanekessler.com>; Michael T. Hensley <MHensley@bressler.com>
**Subject:** RE: Prorokovic v. UPC

Nicholas,

Please see attached the Memorandum Decision and Order of Magistrate Judge Paul E. Davison, dated February 4, 2021, which ordered UPC to produce "all responsive communications with outside counsel between November 17, 2020 and January 19, 2021." Please contact me at your earliest convenience so that we can discuss Marshall Dennehey's production of documents responsive to the subpoena. We have a mediation scheduled for 2/17 and need the documents several days prior.

Regards,

Jonathan M. Sabin | Attorney at Law
KANE KESSLER, P.C.
600 Third Avenue | 35th FL | New York, NY 10016-1901
Direct: 212-519-5113 | Main: 212-541-6222 | Fax: 212-245-3009 | Cell: 917-612-5789
jsabin@kanekessler.com | www.kanekessler.com

KANE | KESSLER

This e-mail and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you receive this e-mail in error please immediately notify me at (212) 541-6222 and permanently delete the original copy, any copy of this e-mail, and any printout thereof.

**From:** Chrysanthem, Nicholas P. <NPChrysanthem@MDWCG.com>
**Sent:** Friday, February 4, 2022 1:27 PM
**To:** Sabin, Jonathan <JSabin@kanekessler.com>
**Subject:** RE: Prorokovic v. UPC

Ok. Great. Thanks.



**Nicholas P. Chrysanthem**
*Attorney at Law*
Wall Street Plaza, 88 Pine St. 21st Floor, New York, NY 10005
Direct: (212) 376-6454 | Main: (212) 376-6400 | Fax: (212) 376-6490
bio | e-mail | website

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to NPChrysanthem@MDWCG.com, or by telephone at (212) 376-6454 and then delete the message and its attachments from your computer.

**From:** Sabin, Jonathan <JSabin@kanekessler.com>
**Sent:** Friday, February 4, 2022 1:24 PM
**To:** Chrysanthem, Nicholas P. <NPChrysanthem@MDWCG.com>
**Subject:** RE: Prorokovic v. UPC

**WARNING: This email originated outside MDWCG**
No, it will be adjourned. Thank you.

Jonathan M. Sabin | Attorney at Law
KANE KESSLER, P.C.
600 Third Avenue | 35th FL | New York, NY 10016-1901
Direct: 212-519-5113 | Main: 212-541-6222 | Fax: 212-245-3009 | Cell: 917-612-5789

jsabin@kanekessler.com | www.kanekessler.com

KANE | KESSLER

This e-mail and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you receive this e-mail in error please immediately notify me at (212) 541-6222 and permanently delete the original copy, any copy of this e-mail, and any printout thereof.

**From:** Chrysanthem, Nicholas P. <NPChrysanthem@MDWCG.com>
**Sent:** Friday, February 4, 2022 1:21 PM
**To:** Sabin, Jonathan <JSabin@kanekessler.com>
**Subject:** Prorokovic v. UPC

Hi Jonathan:

Left you a vm. Please let me know if Chris' deposition is proceeding on 2/8 at 2PM as noticed. If so, will it be virtual? I look forward to hearing from you. Today, I am in my Melville office: 631-227-6353. Please call that number if you get back to me today. thanks.



**Nicholas P. Chrysanthem**
*Attorney at Law*
Wall Street Plaza, 88 Pine St. 21st Floor, New York, NY 10005
Direct: (212) 376-6454 | Main: (212) 376-6400 | Fax: (212) 376-6490
bio | e-mail | website

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to NPChrysanthem@MDWCG.com, or by telephone at (212) 376-6454 and then delete the message and its attachments from your computer.