

KANE KESSLER, P.C.
600 THIRD AVENUE
NEW YORK, NEW YORK 10016
TEL 212.541.6222
FAX 212.245.3009
WWW.KANEKESSLER.COM
jsabin@kanekessler.com

February 18, 2022

<u>*Via ECF*</u>

Hon. Paul E. Davison
United States Magistrate Judge
United States District Court, Southern District of New York
300 Quarropas Street
White Plains, NY 10601

          Re:    <u>*Prorokovic et al v. United Property & Casualty Insurance Co.* **No. 7:21-cv-01998-VB**</u>

Dear Judge Davison:

      We represent the insured Plaintiffs in the above-referenced insurance coverage action. We write to inform the Court that this afternoon, Marshall Dennehey Warner Coleman & Goggin, PC ("Marshall Dennehey") produced documents responsive to the subpoena, dated January 12, 2022 (the "Subpoena"), thereby mooting Plaintiffs' letter request (ECF No. 59) for an order compelling Marshall Dennehey's compliance with the Subpoena.

      Respectfully submitted,

      **KANE KESSLER, P.C.**

      By:   */s/ Jonathan M. Sabin*
           S. Reid Kahn
           Jonathan M. Sabin
      600 Third Avenue
      New York, NY 10016
      (212) 541-6222
      rkahn@kanekessler.com
      jsabin@kanekessler.com
      *Attorneys for Plaintiffs*

cc:   Nicholas P. Chrysanthem, Esq.
      npchrysanthem@mdwcg.com
      Michael Hensley, Esq.
      mhensley@bressler.com